# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:13-CV-071-RLV-DCK

| | |
|---|---|
| GENESIS ELDERCARE REHABILITATION SERVICES, INC., d/b/a GENESIS REHABILITATION SERVICES; and RESPIRATORY HEALTH SERVICES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> HEALTHTIQUE WINSTON SALEM, LLC, d/b/a WINSTON SALEM NURSING AND REHABILITATION, et al., <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Stay" (Document No. 8) filed July 1, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion.

The undersigned notes that Defendants failed to file a timely Answer, or to otherwise respond to the Complaint. Moreover, it appears that Defendants are not represented by counsel in this matter, and that they were not consulted regarding the instant motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Stay" (Document No. 8) is **DENIED WITHOUT PREJUDICE**. Plaintiff may file a renewed motion; however, such motion should indicate Defendants' position on the motion, and should further explain why a stay is more appropriate here than a voluntary dismissal.

**SO ORDERED**.

Signed: July 2, 2013

David C. Keesler
United States Magistrate Judge