# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| Genesis Eldercare Rehabilitation Services, Inc., d/b/a Genesis Rehabilitation Services; and Respiratory Health Services, LLC**,** | ) ) ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 5:13-cv-00071-RLV-DCK |
| vs. | ) ) | |
| Healthtique Winston Salem, LLC**,** d/b/a Winston Salem Nursing and Rehabilitation, et al, Defendant(s). | ) ) ) ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 20, 2013 Memorandum and Order.

August 20, 2013

Frank G. Johns, Clerk
United States District Court